# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-240
Lower Tribunal No. 16-21267
_____

**Dolores Louzan, et al.,**
Appellants,

vs.

**1900 Capital Trust III,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Kelley Kronenberg, and Jacqueline Costoya Guberman (Ft. Lauderdale), for appellee.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.